Case 8:20-cv-00448-WFJ-TGW   Document 44-2   Filed 03/31/20   Page 1 of 4 PageID 599

# EXHIBIT B

Our e-mail addresses are: Advertising: ads@sdranchcoastnews.com | Editorial: editor@sdranchcoastnews.com | Web: www.SDRanchCoastNews.com

**LOCAL**
REAL ESTATE
LISTINGS
PHOTO PAGES
& FEATURES
**SECTION B**

# Rancho Santa Fe REVIEW

*National Award-Winning Newspaper*

Boxholder
Rancho Santa Fe
CA 92067
ECRWSS

PRESORTED
STANDARD
U.S. POSTAGE PAID
RSF, CA
PERMIT 36

Volume 30 Number 40 — *Providing The Ranch with Three Decades of Quality Journalism* — June 16, 2011

## Boon, Spitcaufsky elected to RSF Association board

Ann Boon and Larry Spitcaufsky have been elected by the RSF Association membership to serve three-year terms on the seven-member RSF Association Board of Directors.

Boon and Spitcaufsky will replace outgoing board members Tom Lang and Deb Plummer, whose three-year terms have expired.

The RSF Association mailed out 1,899 ballots and 845 were returned. Boon received 622 votes, Spitcaufsky earned 498 votes, and 468 votes went to Ann Mercer.

Both Boon and Spitcaufsky have extensive experience in the business world, and have served on community boards and committees. They will join fellow board members Roxana Foxx, Anne Feighner, Jack Dorsey, Dick Doughty and Jack Queen.


**Ann Boon**


**Larry Spitcaufsky**





**'The Lion King' delights at RSF Community Center**
ocal kids dazzled in a production of 'The Lion King' at the RSF Community Center on June 10. (Above, l-r) Chris Gaylord (Rafiki), James Burdge (Ed), Seamus O'Brien (Scar), Charlie Mossy (Pumba). See page B3. Photos: Jon Clark

**Anna Boat, Sofia Vitale, Kaitlyn Absatz and Shea Henry are ready to perform in "The Lion King."**

## Author and RSF Review writer wins first place for biography on Lilian Rice

Author and Rancho Santa Fe Review contributing writer Diane Y. Welch won the "Best in Biography" award at the San Diego Book Awards for her book "Lilian J. Rice: Architect of Rancho Santa Fe, California" [Schiffer, 2010].

Welch is also a public speaker and biographer who is a regular contributor to this newspaper, and its sister newspapers, the Solana Beach Sun, Carmel Valley News, Del Mar Times and the La Jolla Light. For more than a decade Welch has written community features on hundreds of local personalities and several international celebrities, which include Glenn Close, Diane Keaton, Dave Stewart, Zandra Rhodes, Eleanor Antin, and more.

Welch wrote the first monograph on Rice, a

*See WRITER, page 22*

## Governor releases three Ag. District board members

**BY JOE TASH**
CONTRIBUTOR

One day before the 2011 San Diego County Fair opened for business, three veteran members of the board of directors that governs fairgrounds operations got the news: Gov. Jerry Brown no longer required their services.

Little explanation was given before or after for the phone calls, which came on Thursday, June 9, on the eve of the Friday opening of this year's run of the county fair. Fair board president Barry Nussbaum and members Vivian Hardage and Kelly Burt were told their dismissals took effect immediately.

"These were three individuals who served at the pleasure of the governor. When new appointments are made, they will be announced," said Evan Westrup, Brown's spokesman, on Monday.

Nussbaum, Hardage and Burt were members of the 22nd District Agricultural Association board of directors, which oversees operations at the state-owned Del Mar fairgrounds. Members of the volunteer, nine-member board are appointed by the sitting governor to four-year terms.

The terms of seven board members, including the three dismissed last

*See GOVERNOR, page 22*

## Equine virus not expected to impact racing season

### Cutting horses mainly impacted so far

**BY KELLEY CARLSON**
CONTRIBUTOR

A recent breakout of an equine virus has some horse owners spooked.

Organizers of the Surf and Sun Andalusian Horse Show canceled their event, slated for June 10 through 12 at the Del Mar Horsepark, because of a low number of entries. Nancy Nathenson, secretary of the California Andalusian Horse Alliance and also secretary of the competition, cited worries about the Equine Herpes Virus-1 as the reason.

"Vets were advising people not to go," she said.

According to the California Department of Food and Agriculture, this outbreak of the Equine Herpes Virus, or EHV-1, seems to have originated from cutting horses who competed in the Western National Championship from April 30 through May 8 in Ogden, Utah. Some of the same horses also participated in the Kern County Cutting Horse event on May 13 in Bakersfield.

The National Cutting Horse Association reported that 54 horses from California had been exposed to the neurological strain of the EHV-1 virus, known as Equine Herpes Myeloencephalopathy, or EHM. As of June 13, there were 22 confirmed cases, with none in San Diego County.

Symptoms of EHM often include fever, hindquarter weakness, lethargy and nasal discharge. It is mainly spread via nasal secretions and direct horse-to-horse contact, but can also be spread indirectly through contact with objects contaminated with EHV-1, such as feed and water buckets, clothing, human hands and tack. It's not transmissible to humans.

Studies indicate that the majority of horses infected with the virus will have a fever, according to the CDHA. Most of them recover, but about 5 percent to 15 percent of infected horses will die or be euthanized.

Despite the fact that the virus appears to be concen-

*See VIRUSES, page 22*



# THE STERLING COMPANY
### Real Estate Brokerage

858.756.6280 • www.TheSterlingCompany.net • 16903 Avenida de Acacias, Rancho Santa Fe, CA 92067




SARA BARNETT
858-367-9755

STACIA KUHEN
858-366-5773

LAURYN EVARTS
858-342-5491



Amanda Molin with Scrappy and Trooper

## Adorable Pitt Bull-mix puppies need new families

Meet Scrappy and Trooper, two beautiful Pit Bull mix puppies who need new families. A few short weeks ago, Scrappy and Trooper, five month-old female strays, were found wandering together in the San Bernardino area. When they were taken in at the Devore Animal Shelter they were tired, hungry, scared and malnourished.

The Molin family and several others in Rancho Santa Fe have been helping the rescue group BULLpen by fostering stray and abandoned Pitt Bulls. Amanda Molin has been helping to take care of Scrappy, (Pit Bull Terrier mix, the little brown one) and Trooper, ( Pit Bull Collie mix) in preparation for getting a dog of her own when she turns 10.

The Molin family will be traveling out of the country from June 20 until August 2012. They are looking for two families to permanently adopt these adorable female puppies, which are now in excellent health.

"I love Trooper and Scrappy," said Amanda. "They are so sweet, and playful and they're always

so happy to see us. I just wish they could find someone nice to take care of them when I leave, so I know they will be safe and loved."

The puppies are kid-friendly, well behaved and, finally, according to Elise Molin, potty trained. Molin has been working with Jesse Orosco and Brittany Hilzinger of The BULLpen, an organization that rescues Pitt Bulls threatened with death. The BULLpen places Pit Bulls with foster care families until a family can be found to adopt them.

"They need donations in order to continue saving dogs from the Devore Animal Shelter, where healthy dogs can be put to death after only four days," said Molin.

The Molin family asks if you, or anyone you know, is interested in adopting Scrappy and Trooper, to call Elise Molin at 858-504 0798 or e-mail her at friismolin@mac.com.

For more information about The BULLpen, contact Jesse Orosco at joros-co87@yahoo.com or call 858-386 8696.

## ROLLINS

continued from page 16

ment), the best writers are those who constantly strive to surprise their readers, to challenge them and never let them fully see what's coming.

As to a great book, it should entertain, illuminate, and inspire.

**10. There is a lot of talk about the end of books. Do you see this as simply an evolution, or will the move to e-books truly impact what we read, and if so, how?**

Again, volumes could be written on this subject. And I'm certainly no expert. I think there will always be a place for the printed book, but the trend (especially with younger readers who grew up in this electronic age) is moving to e-books. What does this mean? I personally believe that this might be a good thing. That more people will be buying and reading, simple because of the convenience of these devices. But only time will tell. We're definitely in a new world.

**11. What is the best advice you received as a**

*beginning writer?*

To write characters that people care about. No matter how exciting a story is or how well crafted a plot, if your readers aren't invested in those characters, then you've lost before you've even begun. So all stories should first start with addressing the characters in your novel: who are you taking with you on that journey?

**12. What advice do you give aspiring authors?**

It's one word: READ. There's the old adage that you should "write every day" if you wish to get pub-

lished, which is definitely true. You do need to practice and hone your craft. But I'd like to add a caveat to that old nugget: "Write everyday, but read every night." There is no better teacher on the craft than a good book. Whatever problem you struggle with during your writing day (dialog, opening a scene, etc), you'll discover a great example on how to address that in the book you read that night. If you write everyday and read every night, you'll grow stronger and stronger as a writer. That, and don't forget to floss.





SELF SERVE FROZEN YOGURT!

**Swirls** Frozen Yogurt
DEL MAR • ENCINITAS

**Happy Father's Day**

• 52 Rotating Flavors
• 30 Delicious Toppings
• Fresh Fruits
• Non-Fat and Low Calorie

New Summer Hours: 11 am - 11 pm, Daily

**$1.00 OFF**
Minimum $4.00 purchase. Good for (1) Yogurt only! Not Valid with any other offer. Exp. 6.23.11.

**15% OFF**
Good for (1) Yogurt only! Not Valid with any other offer. Exp. 6.23.11.

Del Mar Swirls • 858.755.5564
2683 Via De La Valle, Ste. E • Del Mar
www.DelMarSwirls.com

Encinitas Swirls • 760.479.2442
204 N. El Camino Real, Ste G • Encinitas
www.EncinitasSwirls.com

REAL YIELD for REAL INVESTORS

**10.00%** APY
(100K OR LESS INVESTED, 12 MONTH MINIMUM)

**12.00%** APY
(100K OR LESS INVESTED, 36 MONTH MINIMUM)

• Monthly Returns
• Long Track Record
• Secured Investing

• Seasoned Management
• No 3rd Party Risk
• Alignment of Interest

**EQUIALT**
855-378-4258
www.EquiAlt.com

Highlights: returns are per annum, paid monthly. Notes are secured, single investor notes secured by real property. Not a broker, no 3rd party risk. Management have extensive track record. Program offers an alignment of interest between the company and the investors.

Case 8:20-cv-00448-WFJ-TGW   Document 41-9   Filed 02/26/20   Page 4 of 4 PageID 762