# Exhibit F



EQUITY IN ALTERNATIVES

January 8th, 2020

Re: Wind down of EquiAlt Fund LLC

Dear Investors:

We hope that you had a wonderful holiday season and wish you a healthy and prosperous 2020 and beyond. As we begin this new decade, we wanted to start off by announcing some important changes that we are making to the EquiAlt Fund LLC.

It is our pleasure to announce the decision, by written Consent of the Managers dated 12/15/19, to effect closure of EquiAlt Fund LLC and begin the shift of activities to facilitating the sale of the fund's assets to repay all investor principle starting in Q1 2020.

The EquiAlt Fund LLC was created in 2011 and it is our largest and oldest entity under management. This fund was conceived in the aftermath of the great recession to allow investors access to the US foreclosure and distressed real estate market with a diversified asset mix of single-family rental, condo, multi-family, small resort, light commercial, development, and land. With the benefit of a stable investment value (NAV) in a fixed debenture (Note) and fixed rate of return that could be predictable for the investor. We are pleased that the Fund has been successful and has achieved its goals. Further, the EquiAlt Fund LLC was and has also been free of any mortgage debt, in an effort to protect investor principle and limit risk.

Management estimates that the Fund is solvent as a stand-alone entity. Through independent appraisals and internal asset value estimations, Management estimates that the value of the assets exceeds the liabilities against the fund. Management will continue to work diligently to balance the wind-down of the Fund with an aim to protecting the investor principle and the assets in the Fund throughout the process.

Management has prepared for this phase by two main lines of activity;

1. Timing the existing active construction projects in the Fund for completion in Q1 2020 so that no new investor capital is required;
2. Building a pipeline of short-term flips to assist with cash flow and liquidity in the wind-down process.

Management anticipates the wind-down process to look like this:

2112 W. KENNEDY BLVD. TAMPA FL 33606 O: 813-252-5112 F: 813-315-6576
WWW.EQUIALT.COM

1. For assets in the Fund: as lease agreements reach the end of their terms throughout the year, individual rental assets will be rehabbed as needed and be listed for for sale. Once sold the proceeds will not be reinvested but primarily earmarked for investor principle payback.
2. Currently the Fund has no mortgage debt. On a case by case basis, borrowing against a property may occur going forward in order to give management more access to equity in its held assets to payback investors as opposed to actual asset sale in some circumstances.

3. Management anticipates that the wind-down process may take approximately 18 months to complete without disrupting current lease agreements and asset values in the Fund.

In regards to payback, the following factors will be used but are not limited to the following:

Debentures that are out of term

Debentures that are about to be out of term

Debentures that management determine to be paid based on amount and expiration

Please use the following email for all questions. Please also keep in mind we have set this email up so that your questions are directed to the appropriate individuals and therefore you are getting the correct answers in a timely and efficient manner.

customerservice@equialt.com

Very truly yours,

_____
Brian Davison, CEO