# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case No.: 8:20-cv-00448-WFJ-TGW

STEVEN J. RUBINSTEIN, et al.,

     Plaintiffs,

v.

TONY JAMES MICHAEL KELLY, et al,

     Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BRAD MASON, SEAN CAGLE, TODD REGAN ELLIOTT, ELLIOTT FINANCIAL GROUP, INC., AND ELLIOTT FINANCIAL ADVISORS, LLC WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims against Defendants Family Tree Estate Planning, LLC, Jason Paul Wooten, Tim LaDuca, Brad Mason, Sean Cagle, Todd Regan Elliott, Elliott Financial Group, Inc., Elliott Financial Advisors, LLC, Ronald Stevenson, American Financial Investments, LLC and American Financial Security LLC in the above-entitled action without prejudice. This notice of dismissal is filed before the Court before service by Defendants of either an answer or a motion for summary judgment.

Date: May 22, 2020

Respectfully submitted,

By: *s/ Adam M. Moskowitz*
Adam M. Moskowitz, Esq.
Fla. Bar No. 984280
Adam@moskowitz-law.com
Adam A. Schwartzbaum
Fla. Bar No. 93014
Adams@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134

Telephone:  (305) 740-1423
Facsimile:  (786) 298-5737

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Federal Court's CM/ECF Filing System on all counsel or parties of record on May 20, 2020.

By:  _/s/ Adam Moskowitz_
Adam M. Moskowitz, Esq.