UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CASE NO. 8:20-cv-00448-WFJ-TGW**

STEVEN J. RUBINSTEIN, et al.,

    Plaintiffs,

v.

TONY JAMES MICHAEL KELLY, et al,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a), hereby provide notice that this case is voluntarily dismissed without prejudice. Such dismissal shall be without prejudice, with each side to bear its own costs and fees. The defendants have not served an answer or a motion for summary judgment.

Dated: June 10, 2020

    Respectfully submitted,

By: *s/ Adam M. Moskowitz*
Adam M. Moskowitz, Esq.
Fla. Bar No. 984280
Adam@moskowitz-law.com
Adam A. Schwartzbaum
Fla. Bar No. 93014
Adams@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
Telephone: (305) 740-1423
Facsimile: (786) 298-5737

Jeffrey R. Sonn, Esq.
Fla. Bar. No. 773514
jsonn@sonnlaw.com
**Sonn Law Group**

One Turnberry Place
19495 Biscayne Blvd. Suite 607
Aventura, FL 33180
Tel. 305-912-3000
Fax: 786-485-1501

Andrew S. Friedman, Esq.
(admitted pro hac vice)
afriedman@BFFB.com
Francis J. Balint, Jr., Esq.
(admitted pro hac vice)
fbalint@BFFB.com
**Bonnett Fairbourn Friedman & Balint, P.C.**
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on June 10, 2020 with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280